ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

FILED

NOV 12 2008

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES DAVID LOGAN,<br><br>  Plaintiff,<br><br>  v.<br><br>SGT. SCHNORE, et al.,<br><br>  Defendants. | Case No.  CV 08-2411-SJO (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint and all of the records and files herein including the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the complaint without prejudice.

Dated: _____11/10/08_____

/S/ S. James Otero

_____
S. James Otero
United States District Judge