ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY

FILED

NOV 12 2008

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JAMES DAVID LOGAN, | Case No.  CV 08-2411-SJO (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| SGT. SCHNORE, et al., | |
| Defendants. | |

IT IS ADJUDGED that this action be dismissed without prejudice.

Dated:  _____11/10/08_____

/S/ S. James Otero
_____
S. James Otero
United States District Judge